NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT DONNELL DONALDSON,**
*Petitioner,*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2012-3160

---

Petition for review of the Merit Systems Protection Board in No. DA3330110862-I-2.

---------------------------------------------------------------------

**ROBERT DONNELL DONALDSON,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

AND

**DEPARTMENT OF HOMELAND SECURITY,**
*Intervenor.*

---

2012-3161

ROBERT DONALDSON v. DHS                                    2

---

Petition for review of the Merit Systems Protection
Board in No. DC1221120087-W-1.

---

## ON MOTION

---

PER CURIAM.

## O R D E R

Robert Donnell Donaldson moves for leave to file an
amended reply brief in the above captioned, companion
petitions for review.  The Department of Homeland Securi-
ty and the Merit Systems Protection Board oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s26